UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PARRIS M. MEDLEY,

    Plaintiff,

Case No. 13-cv-12499
Hon. Mark A. Goldsmith

v

COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company doing business in the Eastern District of Michigan,

    Defendant.

| | |
|---|---|
| James K. Fett (P39461) | Eric J. Pelton (P40635) |
| Joshua R. Fields (P68559) | Kienbaum Opperwall Hardy & |
| Fett & Fields, P.C. | Pelton PLC |
| 805 E. Main St. | 280 N. Old Woodward Ave., Ste. 400 |
| Pinckney, MI  48169 | Birmingham, MI  48009 |
| 734-954-0100 | 248-645-0000 |
| jim@fettlaw.com | epelton@kohp.com |
| josh@fettlaw.com | Attorneys for Defendant |
| Attorneys for Plaintiff | Communications Management, LLC |

**ORDER OF WITHDRAWAL AS COUNSEL**

    Joshua R. Fields, who is no longer employed by Fett & Fields, P.C., hereby requests this Court enter this Order of Withdrawal as Counsel for Plaintiff in any capacity. Fett & Fields, P.C. will continue to serve as counsel for Plaintiff in this matter.

Respectfully submitted,

*/s/ Joshua R. Fields*
By: Joshua R. Fields (P68559)
jrfields08@gmail.com

                              So ordered.

Dated: February 14, 2014        s/Mark A. Goldsmith
        Flint, Michigan              MARK A. GOLDSMITH
                                          United States District Judge

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 14, 2014.

                                              s/Deborah J. Goltz
                                              DEBORAH J. GOLTZ
                                              Case Manager